OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Defendant appeals his conviction of conspiracy in the first degree arising from his alleged participation in a large-scale drug operation. On appeal he argues that the trial court erred in denying his motion for a mistrial after a “stipulation” was read to the jury stating that defendant was incarcerated from February 19, 1992 to the date of trial about two and a half years later. On this record we conclude that the trial court did not abuse its discretion as a matter of law by denying the motion for a mistrial
 
 (see, People v Robinson,
 
 93 NY2d 986, 987-988). Defendant’s arguments with respect to the denial of his motion for severance and the
 
 Allen
 
 charge
 
 (Allen v United States,
 
 164 US 492) are without merit. His remaining arguments are unpreserved.
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley, Rosenblatt and Graffeo concur.
 

 Order affirmed in a memorandum.